No. 42,668

GALE HUBER, ROY LASSEN, WINIFRED JENSON, GLEN JOHNSTON, F. A. LOMAN, LEROY ELMORE, HOLLIS D. KEMPER, HOMER B. KEY, ALBERT JENSON and BESS LASSEN, in Behalf of Themselves and in Behalf of Others Similarly Situated, *Appellants*, v. F. B. THORN, JESSE VARDAMAN, MAYNARD WILLIS, LESTER ARVIN, O. C. KING, GENE BENSON, CLAYTON MAMMEL, PAUL SPEARS, PRESTON HUSTON, SID THOMAS, IVAN WHITTEN, DICK ABEL, ED NIKKEL, BOB POWELL, NOBLE C. GIFFORD, BILL HOLLADAY, C. A. BELL, ORVILLE EBY, PEARL SLOVER, DOROTHY WATERFIELD and All Other Individuals Similarly Situated, *Appellees*.

(372 P. 2d 579)

Opinion filed June 22, 1962.

*Buford E. Braly*, of Kansas City, and *Verne M. Laing, Lester L. Morris, Ferd E. Evans, Jr., Ralph R. Brock, Joseph W. Kennedy, C. Robert Bell* and *Charles J. Woodin*, all of Wichita, were on the briefs for the appellants.

*W. A. Kahrs, Robert C. Foulston* and *Carl T. Smith*, all of Wichita, were on the briefs for the appellees.

The opinion of the court was delivered by

JACKSON, J.: The motion for rehearing has been fully considered and is hereby denied.

The court notes that appellees are uncertain about the form of the order which is to be issued in this case. Therefore, we state that

the prior opinion of the court is not to be construed as prohibiting any member of the church from attending services or from coming upon the premises of the church.

WERTZ, J., not participating.